Chambers of
Jennifer B. Coffman
United States District Judge

306 United States Courthouse
P.O. Box 2228
Lexington, KY 40588-2228

August 28, 2006

Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC  20544

      RE:    Calendar Year 2005 Filing
               AMENDED REPORT

Dear Judge Smith:

In response to your letter of August 17, 2006, I furnish the following information:

In Part VII, page 4, line 2, I listed "Rental Property."  That property
is located in Earlington (Hopkins County), Kentucky.

Sincerely,



Jennifer B. Coffman

JBC:sa

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) COFFMAN, JENNIFER B | 2. Court or Organization E.D. AND W.D./KY | 3. Date of Report 06/14/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  306 US COURTHOUSE 101 BARR STREET LEXINGTON, KY 40588-2228 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADVISORY BOARD (POSITION TERMINATED 10/2005) | SHEPHERD CENTER (FOR SPINAL CORD INJURY AND REHABILITATION) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED Jul 5 3 50 PM '06 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | DENTAL PRACTICE - SELF-EMPLOYED |
| 2. | 2005 | HEALTH CENTERED LIVING BUSINESS - SELF-EMPLOYED |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | DOJ | COLUMBIA, SC APRIL 12-14, 2005, TRIAL ADVOCACY SEMINAR MOCK TRIAL, MEALS, HOTEL, TRANSPORTATION |
| 2. | NATIONAL EMPLOYMENT LAW ASSOCIATION | PHILADELPHIA, PA JUNE 24-25, 2005, ANNUAL CONVENTION PANEL, MEALS, HOTEL, TRANSPORTATION |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 06/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PARAMOUNT BANK | DENTAL PRACTICE LOAN | L |
| 2. COUNTRYWIDE HOME LOANS | EQUITY LOAN SECURED BY RENTAL PROPERTY(PART VII, LINE 2) | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIZENS BANK-COMMON STOCK | A | Dividend | J | U | | | | | |
| 2. RENTAL PROPERTY | C | Rent | K | U | | | | | |
| 3. ROTH IRA #3(UNIFIED TRUST) | | | | | | | | | |
| 4. -VANGUARD WELLINGTON ADMIRAL(INVESTOR)-MUTUAL FUND | A | Dividend | J | T | BUY | 4/12 | J | | |
| 5. IRA #1(UNIFIED TRUST) | | | | | | | | | |
| 6. -FEDERATED PRIME CASH | A | Dividend | J | T | PARTIAL SALE | 3/16 | J | A | |
| 7. | | | | | PARTIAL SALE | 6/22 | J | A | |
| 8. | | | | | PARTIAL SALE | 9/23 | J | A | |
| 9. | | | | | PARTIAL SALE | 12/15 | J | A | |
| 10. -AMERICAN FUNDS INTERMEDIATE BOND FUND F -MUTUAL FUND | B | Dividend | L | T | | | | | |
| 11. -AMERICAN CENTURY INCOME & GROWTH ADV- MUTUAL FUND | A | Dividend | K | T | BUY | 12/23 | K | | |
| 12. -SELECTED AMERICAN SHS INC COM-COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. -COLUMBIA ACORN Z- MUTUAL FUND | B | Dividend | K | T | | | | | |
| 14. -FEDERATED MID CAP FUND-MUTUAL FUND | B | Dividend | K | T | | | | | |
| 15. -FIRST AMERICAN REAL ESTATE SECURITIES FUND-MUTUAL FUND | C | Dividend | K | T | | | | | |
| 16. -THOMPSON PLUMB GROWTH FUND-MUTUAL FUND | A | Dividend | | | SALE | 12/22 | K | A | |
| 17. IRA #4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -WASHINGTON MUTUAL INC-COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. -WILLIAMS SONOMA-COMMON STOCK | | None | J | T | | | | | |
| 20. -PRIME MONEY MARKET FUND | A | Dividend | J | T | BUY | 2/15 | J | | |
| 21. | · | | | | BUY | 5/13 | J | | |
| 22. | | | | | BUY | 8/15 | J | | |
| 23. | | | | | BUY | 11/15 | J | | |
| 24. IRA #2 | | | | | | | | | |
| 25. -FEDERATED PRIME CASH | A | Dividend | J | T | BUY | 5/31 | J | | |
| 26. | | | | | PARTIAL SALE | 3/16 | J | | |
| 27. | | | | | PARTIAL SALE | 6/22 | J | | |
| 28. | | | | | PARTIAL SALE | 9/23 | J | | |
| 29. | | | | | PARTIAL SALE | 12/16 | J | | |
| 30. -AMERICAN FUNDS INTERMEDIATE BOND FUND-MUTUAL FUND | A | Dividend | K | T | BUY | 3/10 | J | | |
| 31. -AMERICAN CENTURY INCOME & GROWTH-MUTUAL FUND | A | Dividend | J | T | BUY | 12/23 | J | | |
| 32. -SELECTED AMERN SHS INC-COMMON STOCK | A | Dividend | J | T | PARTIAL SALE | 3/9 | J | A | |
| 33. -COLUMBIA ACORN Z- MUTUAL FUND | A | Dividend | J | T | PARTIAL SALE | 3/9 | J | B | |
| 34. -FEDERATED MID CAP | A | Dividend | J | T | PARTIAL | 3/9 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FUND-MUTUAL FUND | | | | | SALE | | | | |
| 35. -FIRST AMERICAN REAL ESTATE SECURITIES FUND- MUTUAL FUND | B | Dividend | J | T | PARTIAL SALE | 3/9 | J | B | |
| 36. -THOMPSON PLUMB GROWTH FUND- MUTUAL FUND | A | Dividend | | | BUY | 3/10 | J | | |
| 37. | | | | | SALE | 12/22 | J | A | |
| 38. KENTUCKY TAX-FREE INCOME SERIES | B | Dividend | L | T | PARTIAL SALE | 2/28 | J | A | |
| 39. | | | | | PARTIAL SALE | 5/10 | J | A | |
| 40. | | | | | BUY | 4/27 | J | | |
| 41. | | | | | BUY | 6/27 | K | | |
| 42. CENTRAL BANK & TRUST (CHARLES SCHWAB) | | | | | | | | | |
| 43. -CENTRAL BANK CORE EQUITY FUND- MUTUAL FUND | B | Dividend | K | T | | | | | |
| 44. DENTAL PRACTICE PROFIT SHARING PLAN | | | | | | | | | |
| 45. -HARBINGER FUND, LP | | None | L | U | | | | | |
| 46. -ALIGN TECHNOLOGY INC- COMMON STOCK | | None | J | T | | | | | |
| 47. -EDOLLARS INC- COMMON STOCK | | None | J | T | | | | | |
| 48. -NU SKIN ENTERPRISES INC-COMMON STOCK | A | Dividend | K | T | PARTIAL SALE | 12/13 | K | B | |
| 49. -AMERICAN INTERNATIONAL GROUP INC-COMMON STOCK | A | Dividend | | | BUY | 3/22 | J | | |
| 50. | | | | | SALE | 12/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -BURNHAM INVS TR FINL SVCS | | None | | | SALE | 12/13 | J | A | |
| 52. -FEDL HOME LOAN MTG CORP | | None | | | SALE | 3/22 | J | B | |
| 53. -REVLON INC CLASS A | | None | | | SALE | 3/22 | J | A | |
| 54. -SOUTHWEST AIRLINES CO | A | Dividend | | | SALE | 12/13 | J | B | |
| 55. -AIM SECTOR FDS INC- MUTUAL FUND | B | Distribution | K | T | BUY | 12/13 | K | | |
| 56. -EATON VANCE SPLIT INVT TR EV GRTR INDIA FD CL A-MUTUAL FUND | A | Distribution | K | T | BUY | 12/13 | K | | |
| 57. -KELMOORE STRATEGIC TR EAGLE FD CL A-MUTUAL FUND | C | Dividend | K | T | BUY | 4/27 | K | | |
| 58. -PREMIER MONEY MARKET FUND | A | Dividend | J | T | BUY | 1/3 | J | | |
| 59. | | | | | BUY | 1/7 | J | | |
| 60. | | | | | PARTIAL SALE | 1/11 | J | | |
| 61. | | | | | BUY | 3/24 | J | | |
| 62. | | | | | BUY | 3/28 | J | | |
| 63. | | | | | BUY | 4/1 | J | | |
| 64. | | | | | PARTIAL SALE | 4/11 | J | | |
| 65. | | | | | BUY | 4/19 | J | | |
| 66. | | | | | PARTIAL SALE | 5/2 | K | | |
| 67. | | | | | BUY | 6/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | BUY | 6/23 | J | | |
| 69. | | | | | BUY | 7/1 | J | | |
| 70. | | | | | PARTIAL SALE | 7/12 | J | | |
| 71. | | | | | BUY | 7/18 | J | | |
| 72. | | | | | PARTIAL SALE | 7/25 | K | | |
| 73. | | | | | BUY | 8/18 | J | | |
| 74. | | | | | BUY | 9/19 | J | | |
| 75. | | | | | BUY | 9/22 | J | | |
| 76. | | | | | BUY | 9/23 | J | | |
| 77. | | | | | PARTIAL SALE | 10/11 | J | | |
| 78. | | | | | BUY | 12/02 | J | | |
| 79. | | | | | PARTIAL SALE | 12/16 | J | | |
| 80. | | | | | BUY | 12/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 06/14/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date  6/12/06

ANYONE WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544